IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TUCKER GINN | : | CIVIL ACTION |
| v. | : | |
| JAMES L. GRACE, et al. | : | No. 06-4530 |

### ORDER

AND NOW, this 18 day of JUNE, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and any objections filed thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

ROBERT F. KELLY, J.
Berle Schiller